## FOUR MAPLE DRIVE REALTY CORP. *v.* ABRAMS, NEW YORK STATE RENT ADMINIS-TRATOR, ET AL.

No. 181. Decided October 14, 1957.

*Edward Margolin* and *Herbert M. Balin* for appellant.

*Nathan Heller* for the New York State Rent Administrator, appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## WATSON *v.* UNITED STATES.

No. 161. Decided October 14, 1957.

*Rees B. Gillespie* for petitioner.

*Solicitor General Rankin* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the United States Court of Claims is vacated and the case is remanded for consideration in light of *Service* v. *Dulles,* 354 U. S. 363.